**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **PRECISION WEATHER SOLUTIONS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HUDSON INSURANCE COMPANY, et al.,**<br><br>**Defendants.** | **Case No. 24-2258-DDC-GEB** |

**MEMORANDUM AND ORDER TO SHOW CAUSE**

Plaintiff Precision Weather Solutions, Inc.'s prosecution of this case appears imperiled. The court recently granted plaintiff's counsel's Motion to Withdraw as Attorney (Doc. 80) from this case. Doc. 91. Substitute counsel hasn't entered an appearance. That's a problem. Plaintiff is a business entity. Our Circuit's "long-standing rule" is "that a corporation must be represented by an attorney to appear in federal court." *Tal v. Hogan*, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006) (compiling cases). Plaintiff has had notice since at least July 27, 2026, that its counsel was withdrawing and that business entities must have counsel to appear in federal court. *See* Doc. 80-2 at 2–3. And yet, plaintiff hasn't secured new counsel. What's more, plaintiff hasn't responded to defendants' pending Motion to Dismiss (Doc. 79), and the time to do so has passed. *See* D. Kan. Rule 6.1(d)(1) (providing 21 days to file responses to dispositive motions). So, defendants now ask the court to dismiss this case for plaintiff's failure to prosecute. Doc. 92.

The court now orders plaintiff to secure counsel within 14 days. And plaintiff must respond to defendant's Motion to Dismiss (Doc. 79) within 14 days and include a motion to

extend time under Fed. R. Civ. P. 6(b)(1)(B). Plaintiff also must show cause in writing within 14 days of this Order why the court shouldn't dismiss this case with prejudice based on plaintiff's failure to prosecute. *See Skyline Trucking, Inc. v. Truck Ctr. Cos.*, 2024 WL 3413928, at *5 (D. Kan. July 15, 2024) (dismissing case with prejudice because plaintiff, among other issues, failed to secure counsel). The court warns plaintiff explicitly: failing to respond to this show-cause order may result in dismissal of this case with prejudice.

The court directs the Clerk of Court to serve this Order on plaintiff by email at suzi@precisionweathersolutions.com and by first-class mail at

Precision Weather Solutions, Inc.
c/o Suzi Bonk
70 Arthur Street
Winnipeg, MB R3B 1G7 Canada.

*See* Doc. 80-2 at 2.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff Precision Weather Solutions, Inc. must secure counsel and respond to the pending motion within 14 days of this Order. The court furthers orders plaintiff to show cause in writing within 14 days of this Order why the court shouldn't dismiss this case with prejudice for plaintiff's failure to prosecute.

**Dated this 24th day of August, 2026, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**